Mark A. Harris (No. E-46844)
PLAINTIFF/PETITIONER/MOVANT'S NAME
HIGH DESERT STATE PRISON ('HDSP')
PRISON NUMBER

P.O. Box 3030
PLACE OF CONFINEMENT

Susanville, California 96127-3030
ADDRESS

2254 ✓  1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ PreSe ___

FILED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District Of California

MARK A. HARRIS,
        Plaintiff/Petitioner/Movant

v.

TOMMY FELKER, Warden-HDSP,
        Defendant/Respondent

Civil No. 07CV 2216 JAH BLM
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Mark A. Harris, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration California Corrections System-High Desert Prison
    Are you employed at the institution?        ☒ Yes ☐ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____
   
   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __Never been employed__

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends     ☐ Yes ☒ No
   c. Pensions, annuities or life insurance              ☐ Yes ☒ No
   d. Disability or workers compensation                 ☐ Yes ☒ No
   e. Social Security, disability or other welfare       ☐ Yes ☒ No
   e. Gifts or inheritances                              ☐ Yes ☒ No
   f. Spousal or child support                           ☐ Yes ☒ No
   g. Any other sources                                  ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. __Family and friends for an estimated accumulated monetary value of $400.00 plus dollars ( petitioner does not expect to receive funds per month ).__

4. Do you have any checking account(s)?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☒ No
If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
None

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): None

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
None

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_10/25/, 2007_  
DATE

_[signature]_, MARK A. HARRIS  
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant ___Harris Mark Anthony___,
(NAME OF INMATE)

___E-46844___,
(INMATE'S CDC NUMBER)

has the sum of $___125.00___ on account to his/her credit at

___High Desert State Prison___.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___∅___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $___66.67___,

and the *average monthly deposits* to the applicant's account was $___66.67___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

___11/7/07___                                       ___[signature]___
DATE                                         SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION
                                                       TRUST OFFICE

___Suzanne Cooper___
OFFICER'S FULL NAME (PRINTED)

___Acct. Tech.___
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                  -4-                  K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __Mark A. Harris_____, request and authorize the agency holding me in
      (Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☒ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_10 / 25 / , 2007_    _____, Mark A. Harris
DATE                                SIGNATURE OF PRISONER

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         HIGH DESERT STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: MAY 01, 2007 THRU NOV. 06, 2007

ACCOUNT NUMBER : E46844                BED/CELL NUMBER: FCB8T1000000122L
ACCOUNT NAME   : HARRIS, MARK ANTHONY  ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----- ----  -----------    -------   ---------   --------   -----------   -------

05/01/2007   BEGINNING BALANCE                                              154.45

05/01 D300  CASH DEPOSIT   3736  2936             75.00                     229.45
05/10 FR01  CANTEEN RETUR  603829                              0.10-        229.55
05/10 FC01  DRAW-FAC 1     3846  C 2ND                       100.00         129.55
06/07 FR01  CANTEEN RETUR  604154                              0.15-        129.70
07/11 W516  LEGAL COPY CH  0100  6/17                          0.20         129.50
07/13*W516  LEGAL COPY CH  0136  6/20                          1.20         128.30
08/02 W516  LEGAL COPY CH  0437  07/07                         5.00         123.30
08/08 W516  LEGAL COPY CH  0539  07/21                         1.80         121.50
08/09 W516  LEGAL COPY CH  0586  07/28                         4.30         117.20
08/09 FC01  DRAW-FAC 1     0603  C 2ND                       100.00          17.20
08/22 D300  CASH DEPOSIT   0779  3506            100.00                     117.20
08/24 D300  CASH DEPOSIT   0823  3518            100.00                     217.20
08/28 W516  LEGAL COPY CH  0881  08/28                         0.80         216.40
09/12*W521  FUND RAISER C  SO 1100 C8                         73.00         143.40
09/13 FC01  DRAW-FAC 1     1126  C 2ND                        35.00         108.40
09/19 W502  POSTAGE CHARG  1240  POST                          4.50         103.90
09/19 W501  SHIPPING CHAR  1253  FEDEX                         5.55          98.35
10/10 W516  LEGAL COPY CH  1575  10/10                        23.40          74.95
10/11 FC01  DRAW-FAC 1     1611  C 2ND                        74.95           0.00
10/17 D300  CASH DEPOSIT   1706  3786             25.00                      25.00
11/02 D300  CASH DEPOSIT   1982  3874            100.00                     125.00

                              TRUST ACCOUNT SUMMARY

  BEGINNING     TOTAL       TOTAL       CURRENT     HOLDS     TRANSACTIONS
   BALANCE    DEPOSITS   WITHDRAWALS    BALANCE    BALANCE    TO BE POSTED
  ---------   --------   -----------   ---------   -------    ------------

    154.45     400.00       429.45       125.00      0.00         0.00


                                        CURRENT
                                       AVAILABLE
                                        BALANCE
                                       ---------
                                         125.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____  11/19/07
    TRUST OFFICE