# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>                 Petitioner,<br>          v.<br>TOMMY FELKER, Warden, et al.,<br><br>                 Respondents. | Civil No.   07-2216 JAH (BLM)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis which reflects a $125.00 balance in his prison trust account. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a). It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice and with leave to amend. In order to reopen this case, Petitioner must, **no later than January 28, 2008**: (1) submit a copy of this order together with the $5.00 filing fee, or (2) submit adequate proof of his inability to pay the fee.

**IT IS SO ORDERED.**

DATED: November 21, 2007

                                                   HON. JOHN A. HOUSTON
                                                   United States District Judge