

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 146338     - BH

January 11, 2008
14:20:56

**Habeas Corpus**
USAO #.: 07CV2216 HABEAS FILING
Judge..: JOHN A HOUSTON
Amount.:                    $5.00 CK
Check#.: CACK#212-049448


Total-> $5.00


FROM: HARRIS V. FELKER ET AL
      HABEAS FILING

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>TOMMY FELKER, Warden, et al.,<br><br>　　　　　　　　　　Respondents. | Civil No.　07-2216 JAH (BLM)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

　　　　Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis which reflects a $125.00 balance in his prison trust account. The filing fee associated with this type of action is $5.00. *See* 28 U.S.C. § 1914(a). It appears Petitioner can pay the requisite filing fee. Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice and with leave to amend. In order to reopen this case, Petitioner must, **no later than January 28, 2008**: (1) submit a copy of this order together with the $5.00 filing fee, or (2) submit adequate proof of his inability to pay the fee.

　　　　**IT IS SO ORDERED.**

DATED: November 21, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John A. Houston*
　　　　　　　　　　　　　　　　　　　　　　　　　　HON. JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge