1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Supervising Deputy Attorney General
5  KIM AARONS, State Bar No. 213480
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 525-4398
     Fax: (619) 645-2581
9    Email: Kim.Aarons@doj.ca.gov

10 Attorneys for Respondent

11          IN THE UNITED STATES DISTRICT COURT

12        FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 **MARK A. HARRIS,**                    CV 07-2216 JAH (BLM)

15                          Petitioner,   **RESPONDENT'S EX PARTE**
                                          **APPLICATION FOR AN**
16          v.                            **EXTENSION OF TIME TO**
                                          **FILE HIS RESPONSE TO THE**
17 **TOMMY FELKER, Warden, et al.,**      **PETITION FOR WRIT OF**
                                          **HABEAS CORPUS;**
18                         Respondent.    **SUPPORTING DECLARATION**
                                          **OF KIM AARONS**
19
                                          Judge:  The Honorable
20                                                 Barbara L. Major

21          Respondent, Tom Felker, Warden of High Desert State Prison at Susanville, California,

22 respectfully requests an extension of time, through April 5, 2008, to file a motion to dismiss the

23 Petition for Writ of Habeas Corpus, and through April 20, 2008, to file an answer to the Petition.

24 ///

25 ///

26 ///

27 ///

28 ///

1    This application is based on good cause as set forth in the attached declaration of Kim

2  Aarons.

3              Dated:  March 6, 2008

4

5                              Respectfully submitted,

6              EDMUND G. BROWN JR.
             Attorney General of the State of California

7              DANE R. GILLETTE
             Chief Assistant Attorney General

8              JULIE L. GARLAND
             Senior Assistant Attorney General

9              HEATHER BUSHMAN
             Supervising Deputy Attorney General

10

11              /S/ Kim Aarons

12              KIM AARONS
             Deputy Attorney General

13

14              Attorneys for Respondent

15  70116956.wpd
    SD2008700086

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF KIM AARONS**

I, Kim Aarons, hereby declare and state:

1.  I am an attorney at law, duly admitted and licensed to practice law in this Court. I am employed as a Deputy Attorney General for the State of California. In that capacity, I am the attorney representing Respondent in this matter. The following facts are based on my own personal knowledge, except for those facts based on information and belief, which I believe to be true. If called upon as a witness to testify, I could and would competently testify to the following facts.

2.  On January 15, 2008, this Court ordered Respondent to file either a motion to dismiss or an answer to the Petition for Writ of Habeas Corpus. Respondent has not previously requested any extensions of time in this matter. The motion to dismiss is currently due by March 6, 2008, and the answer is due by March 21, 2008.

3.  Petitioner alleges that he filed one state habeas corpus petition in the Imperial County Superior Court, one state habeas petition in the California Court of Appeal, and one state habeas petition in the California Supreme Court. Upon receiving a copy of the instant Petition, my paralegal ordered the relevant records from the relevant state habeas corpus proceedings from each of the above courts, which I received on March 3, 2007.

4.  I have conducted a preliminary review of the petition and the state court records in this case, and it appears that Petitioner actually filed two petitions in the California Court of Appeal rather than one. I have therefore requested a copy of the additional Court of Appeal petition, which I have not yet received.

5.  I have reviewed the other records and files in this case, and I have made a preliminary determination that a motion to dismiss will most likely be filed. However, I need to receive and review the additional Court of Appeal petition and order before I can make a final determination as to whether an answer on the merits will be filed. I anticipate that it will take some time to receive and review the relevant Court of Appeal records. I am therefore requesting a thirty-day extension of time, through April 5, 2008 to file the motion to dismiss, or in the alternative, through April 20, 2008, to file an answer.

CV 07-2216 JAH (BLM)

6.   Good cause exists for this request as set forth above.  This request is not made for the purpose of harassment or to create undue delay or for any other improper reason whatsoever.  I do not believe that petitioner will be prejudiced by a delay in the consideration of his claims.  Allowing respondent the amount of time required to prepare a proper response will serve the interests of justice without materially prejudicing or unduly benefitting either side.

7.   Because Petitioner is appearing in pro se and is presently incarcerated, I have not contacted him to ascertain whether he has any objection to this request.

8.   Petitioner will receive notice of this ex parte application by mail at the address that he provided to the Clerk of this Court.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.  Executed this 6th day of March, 2008, at San Diego, California.


_/S/ Kim Aarons_____

KIM AARONS

CV 07-2216 JAH (BLM)

4

**CERTIFICATE OF SERVICE BY U.S. MAIL**

Case Name:    **Harris v. Felker**

Case No.:    **CV 07-2216 JAH (BLM)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 6, 2008, I served the following documents:

**RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS; SUPPORTING DECLARATION OF KIM AARONS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

## Manual Notice List

The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

**Mark A. Harris, III**
**CDC # E-46844**
**High Desert State Prison**
**P.O. Box 3030**
**Susanville, CA 96127**

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 6, 2008, at San Diego, California.

M. Torres-Lopez
_____
Declarant

_____
Signature

SD2008700086
70116984.wpd