EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
KIM AARONS, State Bar No. 213480
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 525-4398
 Fax: (619) 645-2581
 Email: Kim.Aarons@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>TOMMY FELKER, Warden, et al.,<br><br>　　　　　　　　　Respondent. | CV 07-2216 JAH (BLM)<br><br>**RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Judge: Hon. Barbara L. Major |

Respondent, Tom Felker, Warden of High Desert State Prison at Susanville, California, respectfully requests an extension of time through May 23, 2008, to file his answer to the Petition.

///

///

///

///

///

///

This application is based on good cause as set forth in the attached declaration of Kim Aarons.

Dated: May 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General

*/S/ Kim Aarons*

KIM AARONS
Deputy Attorney General

Attorneys for Respondent

70124381.wpd
SD2008700086

CV 07-2216 JAH (BLM)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Harris v. Felker**

Case No.:     **CV 07-2216 JAH (BLM)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On May 19, 2008, I served the attached **RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Mark A. Harris, III
CDC # E-46844
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2008, at San Diego, California.

J. Yost
Declarant

Signature

70124383.wpd