1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Supervising Deputy Attorney General
5  KIM AARONS, State Bar No. 213480
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 525-4398
     Fax: (619) 645-2581
9    Email: Kim.Aarons@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 **MARK A. HARRIS,** | CV 07-2216 JAH (BLM) |
| 15               Petitioner, | **DECLARATION OF KIM AARONS IN SUPPORT OF** |
| 16     v. | **APPLICATION FOR AN EXTENSION OF TIME TO FILE** |
| 17 **TOMMY FELKER, Warden, et al.,** | **RESPONSE TO THE PETITION FOR WRIT OF HABEAS** |
| 18               Respondent. | **CORPUS** |
| 19 | Judge: Hon. Barbara L. Major |

20       I, Kim Aarons, hereby declare and state:

21       1.  I am an attorney at law, duly admitted and licensed to practice law in this Court. I am

22 employed as a Deputy Attorney General for the State of California. In that capacity, I am the

23 attorney representing Respondent in this matter. The following facts are based on my own personal

24 knowledge, except for those facts based on information and belief, which I believe to be true. If

25 called upon as a witness to testify, I could and would competently testify to the following facts.

26       2.  I began working on this assignment on Thursday, May 15, 2008, and I expect to complete

27 a draft Answer later today. However, I have just learned that my supervisor will be unable to review

28 and edit that draft until Thursday, May 22, 2008 due to an unanticipated meeting in

1 | Sacramento. I therefore need additional time to make I make the necessary changes before filing
2 | the finalized version with the Court. Accordingly, I am requesting an extension of time, through
3 | May 23, 2008, to file the Answer to the Petition. I will not request any further extensions of time
4 | in this matter.

5 | 3. I was unable to complete the draft at an earlier time due to several previous assignments
6 | that have required my immediate attention. Specifically, within the past thirty days, I have filed
7 | responses to state and federal habeas corpus petitions in eleven matters.

8 | 4. Good cause exists for this request as set forth above. This request is not made for the
9 | purpose of harassment or to create undue delay or for any other improper reason whatsoever. I do
10 | not believe that petitioner will be prejudiced by a delay in the consideration of his claims. Allowing
11 | respondent the amount of time required to prepare a proper response will serve the interests of justice
12 | without materially prejudicing or unduly benefitting either side.

13 | 5. Because Petitioner is appearing in pro se and is presently incarcerated, I have not
14 | contacted him to ascertain whether he has any objection to this request.

15 | 6. Petitioner will receive notice of this ex parte application by mail at the address that he
16 | provided to the Clerk of this Court.

17 | I declare under penalty of perjury and the laws of the United States that the foregoing is true
18 | and correct. Executed this 19th day of May, 2008, at San Diego, California.

                                        /S/ Kim Aarons
                                        KIM AARONS

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Harris v. Felker**

Case No.:    **CV 07-2216 JAH (BLM)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>May 19, 2008</u>, I served the attached **DECLARATION OF KIM AARONS IN SUPPORT OF APPLICATION FOR AN EXTENSION OF TIME TO FILE RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Mark A. Harris, III
CDC # E-46844
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2008, at San Diego, California.

J. Yost
_____
Declarant

_____
Signature

70124384.wpd