UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>            Petitioner,<br>v.<br><br>TOMMY FELKER, Warden, et al.,<br><br>           Respondents. | Case No. 07cv2216-JAH (BLM)<br><br>**ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME**<br><br>**[Doc. No. 8]** |

On March 19, 2008, Respondent filed a request for a three-day extension of time in which to file an answer to the Petition for Writ of Habeas Corpus. Doc. No. 8. This is Respondent's second request and this Court previously granted Respondent additional time to respond. See Doc. No. 7.

In light of the explanation presented in the declaration of Respondent's counsel and the fact that Respondent requests only a very limited extension, Respondent's application is **GRANTED.**

    1.    Respondent shall file and serve an answer to the Petition, <u>as well as points and authorities in support of such answer</u>, no later than **May 27, 2008**. At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims.

The lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**." Respondent shall not combine separate pleadings, orders or other items into a combined lodgment entry. Each item shall be numbered separately and sequentially.

2.   Petitioner may file a traverse to matters raised in the answer no later than **June 27, 2008**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

3.   A request by a party for an extension of time within which to file any of the pleadings required by this Order should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary. Any further requests for additional time made on behalf of Respondent shall be presented by the <u>Supervising Deputy Attorney General</u>.

4.   Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

5.   Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not

represented by counsel).  Any document delivered to the Court without a certificate of service will be returned to the submitting party and disregarded by the Court.

    6.   Petitioner shall immediately notify the Court and counsel for Respondent of any change of Petitioner's address.  If Petitioner fails to keep the Court informed of where Petitioner may be contacted, this action will be subject to dismissal for failure to prosecute.

**IT IS SO ORDERED.**

DATED: May 20, 2008

                              BARBARA L. MAJOR  
                              United States Magistrate Judge

COPY TO:

HONORABLE JOHN A. HOUSTON  
U.S. DISTRICT JUDGE

ALL COUNSEL