1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  HEATHER BUSHMAN
   Supervising Deputy Attorney General
5  KIM AARONS, State Bar No. 213480
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 525-4398
    Fax: (619) 645-2581
9   Email: Kim.Aarons@doj.ca.gov

10 Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>　　　　　　　　　　　Petitioner,<br><br>v.<br><br>TOMMY FELKER, Warden, et al.,<br><br>　　　　　　　　　　　Respondent. | CV 07-2216 JAH (BLM)<br><br>**NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE – NOTICE TO BE SENT TO CLERK'S OFFICE**<br><br>Judge:　　The Honorable<br>　　　　　　Barbara L. Major |

PLEASE TAKE NOTICE that Respondent hereby lodges the following documents in support of Respondent's Answer to the Petition for Writ of Habeas Corpus:

　　Lodgment 1 - Abstract of Judgment

　　Lodgment 2 - Crime/Incident Report of June 6, 2003

　　Lodgment 3 - Investigative Employee Report dated July 22, 2003

　　Lodgment 4 - Rules Violation Report and Hearing Report of August 19, 2003

　　Lodgment 5 - Segregated Confinement documentation of October 16, 2003

　　Lodgment 6 - District Attorney Referral Information dated July 9, 2004

　　Lodgment 7 - Investigative Employee Report dated August 4, 2004

| | |
|---|---|
| 1 | Lodgment 8 - Rules Violation Report and Hearing Report of August 7, 2004 |
| 2 | Lodgment 9 - Inmate Movement History Report |
| 3 | Lodgment 10 - Inmate Chronological History Report |
| 4 | Lodgment 11 - Inmate 602 Administrative Appeal |
| 5 | Lodgment 12 - Second Level Appeal Decision |
| 6 | Lodgment 13 - Third Level/Director's Level Appeal Decision |
| 7 | Lodgment 14 - California Court of Appeal Petition, Case No. D047381 |
| 8 | Lodgment 15 - California Court of Appeal Order, Case No. D047381 |
| 9 | Lodgment 16 - Imperial County Superior Court Petition, Case No. EHC00647 |
| 10 | Lodgment 17 - Imperial County Superior Court Order, Case No. EHC00647 |
| 11 | Lodgment 18 - California Court of Appeal Petition, Case No. D049548 |
| 12 | Lodgment 19 - California Court of Appeal Order, Case No. D049548 |
| 13 | Lodgment 20 - California Supreme Court Petition, Case No. S151472 |
| 14 | Lodgment 21 - California Supreme Court Order, Case No. S151472 |

Dated: May 23, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

HEATHER BUSHMAN
Supervising Deputy Attorney General


/S/ Kim Aarons

KIM AARONS
Deputy Attorney General
Attorneys for Respondent

70124779.wpd
SD2008700086

Notice of Lodgment                                       Case No. CV 07-2216 JAH (BLM)

<b><u>DECLARATION OF SERVICE BY U.S. MAIL</u></b>

Case Name:  **Harris v. Felker**

Case No.:   **CV 07-2216 JAH (BLM)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On <u>May 23, 2008</u>, I served the attached **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

**Mark A. Harris, III
CDC # E-46844
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127**

In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 23, 2008, at San Diego, California.

B. Magallanes
_____
Declarant

_____
Signature

70125150.wpd