MARK A. HARRIS (Corrections No. #E-46844)
High Desert State Prison - Lassen County
P.O. Box 3030         (C8-122)
Susanville, California  96127-3030

Petitioner, in propria persona



FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT

Mark A. HARRIS,

    Petitioner,

v.

Tommy L. FELKER, Warden, et al.,

    Respondent.

Case No.  07 - CV - 2216 - JAH (BLM)

EX PARTE APPLICATION FOR EXTENSION
OF TIME AND DECLARATION IN SUPPORT

(28 USC §2254 Proceeding)

COMES NOW Petitioner, pro se pursuant to Federal Rules of Civil Procedure and hereby apply to this Court for an order of enlargement of time until July 27, 2008, in which to file his Traverse to Respondent's Answer.

By minute order filed on May 20, 2008, this Court allowed Petitioner leave to file a Traverse on or before June 27, 2008. Regrettably, additional time is required for the reasons set forth in the accompanying declaration of pro se counsel.

DATED:  6-22-08

Respectfully submitted,

MARK A. HARRIS

1.

## DECLARATION OF MARK A. HARRIS IN SUPPORT OF EXTEXSION OF TIME APPLICATION

Mark A. Harris declare under penalty of perjury as follows:

1. He is the pro se counsel of record before this Court indexed under case number #07-CV-2216-JAH (BLM), in the case of <u>Harris v. Felker</u>.

2. On May 20, 2008 by order of the Court Petitioner was allowed leave to file a Traverse.

3. Immediately upon receipt of Respondent's Answer, Petitioner set out attending to the matter. Unfortunately, during this time period the prison incurred a lockdown. Which was not lefted until mid June 2008, as a result Petitioner lost two weeks of his 30 days to respond to Respondent's Answer and another week endeavoring to be rescheduled for access to the prison's law library for research.

4. Consequently, Petitioner will not meet the Court's ordered time frame and additional time will be needed to conduct further research to prepare his Traverse without undue delay.

5. Declarant apologizes for any inconvenience visited upon the Court and added work caused by this unforseen mishap, and upon completion of the work product it will be mailed to the Court in a timely manner.

I declare under penalty of perjury that the foregoing is true and correct. Executed this day of June, 2008 at Susanville, California.

DATED: 6-22-08

MARK A. HARRIS

2.

PROOF OF SERVICE BY MAIL
(CCP 1013, 2015.5 / FRCP 5, 18 USC 1621)

I the undersigned, certify that I am a U.S. citizen over the age of 18, and that my name and address are the same as that appearing on the envelope. And that on the month of _June 22, 2008_, I served:

_Ex Parte Application for Extension of Time_

Upon the office of counsel for respondent / the court clerk, by delivering to prison officials a sealed envelope for depositing in the U.S. mail, addressed to:

_Attorney General of California_
_110 West A Street, Ste #1100_
_San Diego, CA 92101_
_c/o Kim Aarons, Deputy Attorney General_

I declare under penalty of perjury, the laws of California, and the United States that the foregoing is true and correct by me, on this the _22nd_ day of _June_, 200_8_. Executed at _Susanville_, California.

/s/ _Mark A. Harris_