UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS, | Case No. 07cv2216-JAH (BLM) |
| Petitioner, | **ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME** |
| v. | |
| TOMMY FELKER, Warden, et al., | |
| Respondents. | **[Doc. No. 11]** |

In an application dated June 22, 2008, Petitioner requests a thirty-day enlargement of time in which to file his traverse. Doc. No. 11. Petitioner explains in his attached declaration that the prison was locked down for two weeks in June and this impaired his ability to access the law library and prepare his traverse. Id. at 2.

Good cause appearing, Petitioner's application is **GRANTED**. Petitioner may file a traverse to matters raised in the answer no later than **July 28, 2008**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld

1  until the traverse will not be considered.  No traverse shall exceed ten
2  (10) pages in length absent advance leave of Court for good cause shown.
3       Unless otherwise ordered by the Court, this case shall be deemed
4  submitted on the day following the date Petitioner's traverse is due.
5       Every document delivered to the Court must include a certificate
6  of service attesting that a copy of such document was served on opposing
7  counsel (or on the opposing party, if such party is not represented by
8  counsel).  Any document delivered to the Court without a certificate of
9  service will be returned to the submitting party and disregarded by the
10 Court.
11      **IT IS SO ORDERED.**
12 DATED:  June 30, 2008

                                    BARBARA L. MAJOR
                                    United States Magistrate Judge

18 COPY TO:

19 HONORABLE JOHN A. HOUSTON
   U.S. DISTRICT JUDGE

   ALL COUNSEL