MARK A. HARRIS (Corrections No. E-46844)
High Desert State Prison - Lassen County
P.O. Box 3030    (C7-208)
Susanville, California 96127-3030

Petitioner, in propria persona



UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT

| | |
|---|---|
| Mark A. HARRIS, | No.   07 - CV - 2216 - JAH (BLM) |
| Petitioner, | APPLICATION FOR EXTENSION OF TIME TO FILE TRAVERSE; DECLARATION IN SUPPORT |
| v. | |
| Tommy L. FELKER, Warden, et al., | (28 USC §2254 Proceeding) |
| Respondent. | |

Petitioner respectfully apply to this Court for an extension of time to and including August 27, 2008, by which to file the allowed Traverse in this case. This application is made for good cause as set forth in the attached declaration.

DATED: 7-22-08

Respectfully submitted,

By: _____
MARK A. HARRIS
Petitioner

1.

## DECLARATION IN SUPPORT OF EXTENSION OF TIME APPLICATION

Mark A. Harris, hereby declare under penalty of perjury as follows:

1) That he is the pro se counsel of record confined at High Desert State Prison.

2) That he is responsible for the preparation of the Traverse response to Respondent's Answer in <u>Harris v. Felker</u>.

3) That response is now due on July 28, 2008; that Petitioner has sought and been granted one prior extension of time [Documents 11 and 12].

4) That due to the fact that succeeding the Court's prior granting of Petitioner's application for an extension, the prison undertook to remodle its facility law library which services Petitioner's legal needs; that due to the fact that the remolding was not completed until just recently on July 18, 2008, Petitioner will be unable to prepare, complete, and file said Traverse.

5) That because Respondent's counsel is in Sacramento, declarant cannot contact her prior to the filing of this application to determine whether there is any objections to the application; that every effort possible will be made to ensure that the Traverse is filed within the requested for extended time period.

I declare under penalty of perjury that the foregoing is true and correct, executed this day at Susanville, California.

Dated: 7-22-08

_____<br>
MARK A. HARRIS<br>
Petitioner

## PROOF OF SERVICE BY MAIL
### (CCP 1013, 2015.5 / FRCP 5, 18 USC 1621)

I the undersigned, certify that I am a U.S. citizen over the age of 18, and that my name and address are the same as that appearing on the envelope. And that on the month of _July 22, 08_, I served:

_Application for Extension of Time to file Traverse_

Upon the office of counsel for respondent / the court clerk, by delivering to prison officials a sealed envelope for depositing in the U.S. mail, addressed to:

_OFFICE OF THE ATTORNEY GENERAL_
_Kim Aarons – Deputy Attorney General_
_110 West A Street, Ste #1100_
_San Diego, CA 92101_

I declare under penalty of perjury, the laws of California, and the United States that the foregoing is true and correct by me, on this the _22nd_ day of _July_, 200_8_. Executed at _Susanville_, California.

/s/ _[signature]_
MARK A. HARRIS