UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>           Petitioner,<br>v.<br><br>TOMMY FELKER, Warden, et al.,<br><br>           Respondents. | Case No. 07cv2216-JAH (BLM)<br><br>**ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME**<br><br>**[Doc. No. 13]** |

In an application dated July 22, 2008, Petitioner requests a thirty-day enlargement of time in which to file his traverse. Doc. No. 13. Petitioner explains in his attached declaration that he was unable to access the law library for several weeks and, for that reason, could not timely complete his traverse. Id. at 2.

Good cause appearing, Petitioner's application is **GRANTED**. Petitioner may file a traverse to matters raised in the answer no later than **September 2, 2008**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief

withheld until the traverse will not be considered.  No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date Petitioner's traverse is due.

Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel).  Any document delivered to the Court without a certificate of service will be returned to the submitting party and disregarded by the Court.

**Petitioner is hereby warned that no further extensions of time will be granted.**

**IT IS SO ORDERED.**

DATED:  August 11, 2008

*Barbara L. Major* (signature)

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JOHN A. HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL