MARK A. HARRIS (No. E-46844)
High Desert State Prison - Lassen County
P.O. Box 3030    (C7-208)
Susanville, California 96127-3030

Petitioner, in propria persona



FILED
AUG 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT

MARK A. HARRIS,

        Petitioner,

  v.

TOMMY L. FELKER, Warden, et al.,

        Respondent.

No. 07 - CV - 2216 - JAH (BLM)

EX PARTE APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITIONER'S TRAVERSE IN EXCESS OF 25 PAGES

(28 USC §2254 Proceeding)

COMES NOW Petitioner, pro se by and through himself, who for good cause as stated in the attached declaration, applies to this Honorable Court for an Order allowing him leave to file a memorandum of points and authorities in support of the Traverse, in excess of the twenty-five page length limit.

DATED: 8-7-08

Respectfully submitted,

_____
MARK A. HARRIS
Petitioner

1.

## DECLARATION OF MARK A. HARRIS IN SUPPORT OF APPLICATION

I, Mark A. Harris, hereby declare under penalty of perjury as follows:

1) I am the Petitioner in the above-entitled case, and has been granted leave to file a Traverse to Respondent's Answer.

2) I have completed a draft of the Traverse to the Answer to the petition.

3) The Memorandum of Points and Authorities in support of Petitioner's Traverse consist of fifty pages.

4) Every effort was made to keep the memorandum discussion as concise as possible. However, Respondent has presented an Answer to Petitioner's petition which sets forth specific and various generalized responses. Making it necessary for Petitioner to articulate a detailed discussion for each of his petition's twelve claims in order to provide the Court a cohesive presentation of his claims and their supporting arguments.

5) Moreover, the state record of the 2004 disciplinary process being challenged consist of approximately 67 pages in length, with an additional 275 pages consisting of three state petitions filed in the California Superior, Court of Appeal, and State Supreme Courts.

6) Resolution of seven of twelve issues raised by Petitioner here required a discussion of the relevant AEDPA precedent of when a state court fails to provide any rationale for its decision underlying the proceeding.

7) For the foregoing reasons, it was necessary to exceed the twenty-five page limitation per local court rule for this court by an additional 25 pages.

I declare under penalty of perjury that the above is true and correct. Executed this day at Susanville, California.

DATED: 8-7-08


MARK A. HARRIS
Petitioner

PROOF OF SERVICE BY MAIL
(CCP 1013, 2015.5 / FRCP 5, 18 USC 1621)

I the undersigned, certify that I am a U.S. citizen over the age of 18, and that my name and address are the same as that appearing on the envelope. And that on the month of _August 7, 2008_, I served:

1) Application for Leave to File Memorandum In Excess of 25 Pages;
2) Traverse to the Answer to the Petition;
3) Memorandum of Points & Authorities In Support of Traverse.

Upon the office of counsel for respondent / the court clerk, by delivering to prison officials a sealed envelope for depositing in the U.S. mail, addressed to:

Kim Aarons, Deputy Attorney General
110 W 'A' Street, Ste #1100
San Diego, CA 92101
c/o Office of the Attorney General

I declare under penalty of perjury, the laws of California, and the United States that the foregoing is true and correct by me, on this the _7th_ day of _August_, 200_8_. Executed at _Susanville_, California.

/s/ _____
MARK A. HARRIS