UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. HARRIS,<br><br>          Petitioner,<br>v.<br><br>TOMMY FELKER, Warden, et al.,<br><br>          Respondents. | Case No. 07cv2216-JAH (BLM)<br><br>**ORDER GRANTING PETITIONER'S *EX PARTE* APPLICATION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF TRAVERSE IN EXCESS OF 25 PAGES**<br><br>**[Doc. No. 15]** |

    In an application dated August 14, 2008, Petitioner requests leave to file a traverse that exceeds the page limit set by this Court.[1] Doc. No. 15. Petitioner attaches his Traverse and Memorandum of Points and Authorities in Support of Traverse (which is fifty-pages long) to the application. Id.

///
///
///
///

---

[1] Contrary to Petitioner's assertion, the page limit set by this Court was ten pages. See Doc. Nos. 5, 12, 14.

Petitioner's application is **GRANTED**. The Clerk's Office is instructed to file Petitioner's Traverse and accompanying memorandum using the date of this Order.

**IT IS SO ORDERED.**

DATED: August 18, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JOHN A. HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL