

MARK A. HARRIS (No. # E-46844)
California Corrections System - High Desert
P.O. Box 3030     (C7-208)
Susanville, California 96127-3030

FILED
SEP 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Petitioner, in propria persona

UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT

File No.  07 - CV - 2216 - JAH (BLM)

Mark A. HARRIS,

        Petitioner,

  v.

Tommy L. FELKER, Warden, et al.,

        Respondents.

OBJECTIONS TO REPORT AND RECOMMENDATION

(28 USC §2254, Proceeding)

    Petitioner, Mark A. Harris in the above-captioned matter, hereby objects to the Report and Recommendation of the United States Magistrate Judge filed on August 21, 2007.

    These objections are based on the points and authorities cited in Petitioner's petition filed on November 19, 2008, and in his traverse filed on August 18, 2008.

DATED:  9-7-08

Respectfully submitted,

_____
MARK A. HARRIS
Petitioner Pro Se

PROOF OF SERVICE BY MAIL
(CCP 1013, 2015.5 / FRCP 5, 18 USC 1621)

I the undersigned, certify that I am a U.S. citizen over the age of 18, and that my name and address are the same as that appearing on the envelope. And that on the month of __9-7-08__, I served:

__Objection to Report and Recommendation__

Upon the office of counsel for respondent / the court clerk, by delivering to prison officials a sealed envelope for depositing in the U.S. mail, addressed to:

__KIM AARON - Deputy Attorney Gen.__
__110 West 'A' Street, #1100__
__San Diego, CA 92101__
__c/o Office of the Attorney General__

I declare under penalty of perjury, the laws of California, and the United States that the foregoing is true and correct by me, on this the __7th__ day of __September__, 200_8_. Executed at __Susanville__, California.

/s/ __[signature]__
MARK A. HARRIS